UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| MICHAEL FINK and KAREN PARDINI,<br><br>　　　　Plaintiffs<br><br>-against-<br><br>MOHONK PRESERVE INC., THE SHAWANGUNK CONSERVANCY INC., OPEN SPACE INSTITUTE INC., THE LAND TRUST ALLIANCE, AND THE NEW YORK STATE CONSERVATION PARTNERSHIP PROGRAM,<br><br>　　　　Defendants | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 1:20-cv-03002-CM |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to the F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Michael Fink and Karen Pardini, by their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, as to all Defendants, Mohonk Preserve Inc., The Shawangunk Conservancy Inc., Open Space Institute Inc., The Land Trust Alliance, and The New York State Conservation Partnership Program.

Dated:  June 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　**LIDDLE & ROBINSON L.L.P.**
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　Michael Fink and Karen Pardini

　　　　　　　　　　　　　　　　　　　　　　　By: *Jeffrey L. Liddle*
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Liddle
　　　　　　　　　　　　　　　　　　　　　　　1177 Avenue of the Americas, 5th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (646) 452-7211

1

**TO:** Phillip A. Oswald, Esq.
Rupp Baase Pfalzgraf Cunningham LLC
25 Walton Street
Saratoga Springs, New York 12866
Tel: (518) 886-1902
   Attorneys for Defendants Mohonk
   Preserve Inc., The Shawangunk
   Conservancy Inc., Open Space Institute
   Inc., The Land Trust Alliance, and
   The New York State Conservation
   Partnership Program

SO ORDERED:

Dated: June ___, 2020

_____
COLLEEN MCMAHON, U.S.D.J.

2